In the Matter of the Claim of SARA LAZICH et al., Respondents, against WICKWIRE SPENCER STEEL COMPANY et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

(Argued October 4, 1933; decided October 24, 1933.)

*Horace C. Winch* and *Mason O. Damon* for appellants.

*Matthew W. Bennett* and *Artur Nikoloric* for claimants-respondents.

*John J. Bennett, Jr., Attorney-General (Hector A. Robichon* of counsel), for State Industrial Board, respondent.

 no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.